UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN ORTIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>VOLT MANAGEMENT CORP., et al.,<br><br>        Defendants. | Case No. 16-cv-07096-TEH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

     Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *Ortiz v. Genco I, Inc.*, Case No. 16-cv-04601-YGR.

**IT IS SO ORDERED.**

Dated: 01/24/17         _____
                   THELTON E. HENDERSON
                   United States District Judge